# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. MITCHELL, | : | No. 3:14cv905 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Blewitt) |
| J. SAGE, KEVIN PIGOS, BROWN, ANDREW EDINGER, S. DEES, HOLZAPLE, J.E. THOMAS, JOHN DOES 1-10, FEDERAL BUREAU OF PRISONS and UNITED STATES OF AMERICA, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 9th day of October 2014, the plaintiff's motion for temporary restraining order/motion for preliminary injunction (Doc. 18) is hereby **DENIED**.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**