# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. MITCHELL, | : | No. 3:14cv905 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| J. SAGE, ET AL., | : | (Magistrate Judge Saporito) |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 17th day of June 2015, the plaintiff's motion for renewal of preliminary injunction temporary restraining order (Doc. 46) is hereby **DENIED**.

                                                 **BY THE COURT:**

                                                 **s/ James M. Munley**
                                                 **JUDGE JAMES M. MUNLEY**
                                                 **United States District Court**